# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

NORTH SHORE BANK FSB,

    Plaintiff,

    v.                                   Case No. 10-CV-71

PROGRESSIVE CASUALTY
INSURANCE COMPANY,

    Defendant.

## SCHEDULING ORDER

On May 18, 2010, the court conducted a scheduling conference pursuant to Rule 16, Fed. R. Civ. P. Appearing on behalf of the plaintiff was Attorney Lee Seese and on behalf of the defendant was Attorney Jennifer Stegmaier.

**IT IS HEREBY ORDERED,**

1. The parties shall make their Rule 26(a) Fed. R. Civ. P. initial disclosures to the opposing party no later than **June 18, 2010**.

2. All fact discovery is to be completed by **October 18, 2010**.

3. The court will conduct a telephone scheduling conference on **October 19, 2010, at 8:30 a.m.**, to discuss the filing of motions and further scheduling. The court will initiate the call. No dispositive motions shall be filed prior to this date unless all parties stipulate that all discovery necessary to resolve the motion has been completed.

Dated at Milwaukee, Wisconsin, this 19th day of May, 2010.

                                                s/ Aaron E. Goodstein
                                                AARON E. GOODSTEIN
                                                U.S. MAGISTRATE JUDGE